

April 19, 2013

**VIA FEDERAL EXPRESS**

Arthur Z. Schwartz, Esq.
Advocates for Justice, Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007

Re:  Conigliaro, et al. v. National Grid
     Index No. 12-CV-05627-PKC-RLM

Dear Mr. Schwartz:

As you know, we represent the defendant in the above-captioned matter. Enclosed are the following papers:

- Defendant's Notice of Motion to Dismiss the Complaint;
- Memorandum of Law in Support of Motion to Dismiss the Complaint; and
- Affirmation of Patrick M. Collins, with attached exhibits.

Very truly yours,

Patrick M. Collins

Encs.

cc:   **VIA ECF**
      Hon. Pamela K. Chen
      United States District Judge

Patrick M. Collins
Partner
T. 212.609.6849
F. 646.224.5555
pcollins@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY  10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 15483110v.1