UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL CONIGLIARO, as President of Local 101, Transport Workers Union of America, as the representative of the Employees of National Grid; CHRIS MORALES, JOHN DELUCA, ROBERT KLASS, DANNY DELUCA, and TED NELLIS, individually and on behalf of others similarly situated,

      Plaintiffs,

-against-

NATIONAL GRID,

      Defendant.

---

Case No. 12 cv 5627 (PKC)(RLM)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their clients, plaintiffs Michael Conigliaro, as President of Local 101, Transport Workers Union of America, John DeLuca, Robert Klass, Danny DeLuca, and Ted Nellis, and defendant The Brooklyn Union Gas Company d/b/a National Grid NY (sued herein as National Grid), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) any and all claims in this action be and hereby are dismissed with prejudice and without costs, fees, or disbursements as to any party.

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by electronic, photocopy, or facsimile signatures, each of which shall be deemed to be and treated as an original, and that this Stipulation may be filed by either party without further notice.

MCCARTER & ENGLISH, LLP

By: _____
Patrick M. Collins
245 Park Avenue, 27th Floor
New York, NY 10167
(212) 609-6800
*Attorneys for Defendant*

Dated: May 31, 2013

ADVOCATES FOR JUSTICE
CHARTERED ATTORNEYS

By: _____
Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
*Attorneys for Plaintiffs*

Dated: May 31, 2013

ME1 15703659v.1